**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00686-REB-CBS

HOLCIM (US) INC., a Delaware corporation,

    Plaintiff,

v.

LIMEROCK MATERIALS, LLC, a Nevada limited liability company d/b/a CWW West; and
MICHAEL P. VAHL, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Withdrawal of Motion For Default Judgment Under 55(b)(2)** [#16][2] filed May 31, 2011.  The motion is **GRANTED** and **Plaintiff's Motion For Default Judgment** [#12] filed April 29, 2011, is **WITHDRAWN**.

    Dated:  June 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.